AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

DREAMGRO ENTERPRISES, LLC

*Plaintiff(s)*

v.

Civil Action No. 24-2514

CUTIE PIE BABY, INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: CUTIE PIE BABY, INC.
1400 Broadway, Suite 2830,
New York, NY 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Grunsfeld
Lazar Grunsfeld Elnadav LLP
1795 Coney Island Avenue
Brooklyn NY 11230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*